The Honorable, the Judges of the United States Court of Appeals for the Fourth Circuit You may be seated, please We're going to hear Wells Fargo Bank v. AMH Roman Two and Mr. Benjamin Mr. Benjamin May it please the Court, my name is John Benjamin, I represent Wells Fargo along with Benjamin Smith from my office and we have appealed the district court's ruling denying our motion for Rule 60b-4 relief and Rule 60b-6 relief of an order that we think was improvidently granted by the bankruptcy court back in 2012 This was a motion that was filed as a no-notice, no-hearing motion It's called a motion for relief from stay And as part of this motion for relief from stay, on page 3 of that document, this is back in the original filing It asked for the court to strike Wells Fargo's lien This notice was electronically served on a lawyer who'd entered an appearance for Wells Fargo in the bankruptcy as they were preparing to file a proof of claim An unrestricted notice of appearance Yes, Your Honor He filed that in April and then ultimately filed a proof of claim back, I think, in January of that next year So the Proof of claim was for what, $300,000? The proof of claim, yes, for this particular property was $307,000 Was that new money that was incurred after there was a freeze on the account? Yes, Your Honor Let me just follow up my question If that was new money, that means that claim did not include the $200,000 that is paid to you by PNC? It does not Okay, so you gave PNC credit for that? We did And the way this works in North Carolina is that when you pay off an equity line it's sort of like dealing with a secured lien in bankruptcy It's a different animal than just getting rid of it I understand, so the check that PNC sent you was cashed and applied to the account? It was, but there was no written request by the borrower to cancel the mortgage and that's required under the statute that was in effect at the time If a borrower comes to you and says, what's the payoff amount on my loan? And you say it's $78 and I send you a check for $78 you don't think that you have an obligation at that point to end the loan? You don't, back in that time period So you're going to keep the loan open even though there's no more due on it? Well, it was a badly written statute, they fixed it I'm not talking about the statute, I'm talking about real world facts I pay off my loan, I ask for the payoff I have a car loan with you and it says it's $7,200 left and I call up and say, what's the payout amount? Oh, you can pay off $7,150, I send you a check for $7,150 Doesn't that end my obligation to you? Your Honor, I don't know what way to answer it except with the statute because we have to follow the statute Your answer is no? The answer is no, we can't So you leave the loan open even though I paid you the full amount of the loan? Until we get a written... How do you handle on your books? Well, I don't know how to handle on the books I know the loan is open, it has to stay open by statute I know, but set the statute aside I want to know business-wise You've got a customer Yes, you've got a customer You must pay off a loan Then the customer has to send a letter saying in this time period it's changed, but in this time period you would have had to send us a letter How do you carry that loan after I pay it off in full? It's still open, it's just it's got a zero balance Okay, fair enough So you carry it on the books with a zero balance? Correct, it's an equity loan So when PNC goes into bankruptcy, they paid off the loan in full and they asked the court to vacate the lien because they paid it off in full and there's no response to that Right, but they did that in... I understand, they didn't follow the rules You want an adversary proceeding, you're right on that Well, they also deceptively labeled the motion, Judge I mean, they labeled it a motion for relief from stay We've looked all across the country and can't find one other motion for relief from stay What did the attorney do with it when he got it? His affidavit says he, because it was a motion for relief from stay for a creditor on a different property he wouldn't afford it on to Wells Fargo and he didn't respond to it because it didn't impact his client's interest in the property He didn't read it? He didn't remember that document specifically, but his affidavit's in the record and he said that he didn't... So he enters a general appearance for Wells Fargo He gets a document that applies directly to Wells Fargo He doesn't send it to the client Right, these motions for relief from stay, Judge the way it would work is it would pop up on the ECF saying this is a motion for relief from stay filed by PNC I understand, but when you get the document and you look at the document an attorney has to read the document, doesn't he? Well, we don't really... Obviously, Mr. Corcoran handled it the way he handled it Your squabble's with him then Our squabble's actually with PNC because PNC had to bring this under your SenPen case Can we go back for just a moment? Because I'm curious about what your argument was with respect to the open the loan that you say was paid off, but somehow remained in existence Well, the evidence in front of the bank No, no, what's your argument about that? Our argument is it had to stay open because we never got... What difference does that make to your argument this morning? Nothing, I was just answering this question as to why the loan stayed open It was legitimate, we never got a proper cancellation request from the debtor Did you ever request from the debtor payment of the money that you continue to loan them? No, I mean, the way the equity line works is you draw it out and then you have to pay back on a monthly basis Did they? No, and ultimately... Did you take any action with respect to that? I think that's what triggered them finding out their loan had been canceled because the loan had been canceled after they came out of bankruptcy Remember that they were in bankruptcy, so no action could be taken until they came out I thought you froze the account We froze the account initially, but then... PNC came and paid it off in full They came in and they paid it off in full, it came down to a zero balance The next day, there was a request from PNC's counsel, or the debtor's counsel rather, to keep the equity line open That's in the affidavit, that's in the record I don't see what that has to do with... okay Well, that's the reason it stayed open, was we never got a statutory... Does it matter for our purposes today? I don't think so There are several things that I think do matter One is that whether or not Mr. Corcoran received an electronic copy of this doesn't solve the fundamental problem I'll tell you why it matters in this case It does matter because one of the big issues in this case is that property was then sold free and clear to AMH And they were bona fide purchasers for value And they purchased the home and they put a deed on, recognizing that there is no prior amounts owed And they got a free and clear lien Now, what you want to do is to pull the property, probably can't do it legally, pull the property back from them somehow They're occupying the house, and take it away from them And that's the prejudice, that we've never ordered that type of thing in a bankruptcy That would preclude exercising at least 60b-6 Now, you still have your 60b-4 arguments But those 60b-4 arguments, you're going to have to show either a due process violation or a lack of jurisdiction I think we can show both The due process violation is the notice to Corcoran The notice was deceptively labeled The notice to Corcoran? Right, it was emailed, the only notice that's out there is the notice to Corcoran, that's right Was that reasonably calculated to alert him to what they were trying to do? It said right on its face that they want to cancel the lien On its face it said it was a motion for relief from stay on page 3 That's the title Right, yes On its face it says they want to cancel the lien, that's the request they asked for I don't think that was reasonably calculated to lead him to believe It gave him actual notice It wasn't reasonably calculated, it gave him actual notice that they wanted to cancel the lien They did it in violation of the rules, perhaps But that doesn't have anything to do with a notice, lack of notice I respectfully disagree The reason we submitted the affidavits we submitted Was that Wells Fargo, who he was representing according to the notice that he put out Never got any notice of this But that's not, it's not a lack of due process if you should have known Well, and I think that there's not going to be a case that the court's going to find You mean we can't notify in litigation now We can't notify an attorney and rely on that to be noticed to the party? Well I would argue you can't file a motion Answer my question please Yes, you can notify an attorney And you can count on the fact that the notice to the attorney is notice to the party When the attorney has entered his appearance for the party We're talking about different things Absolutely yes, you can In the pendency case you can do that, I understand that Doesn't the notice require him to read it? We would agree that Mr. Corcoran should have read the document all the way through There's a presumption he read it But that doesn't, again That goes back to Judge King's question Your argument on the notice, it's not due process from AMH It's your argument that it's perhaps legal malpractice With all due respect, we think that it's due process It's subject matter jurisdiction for a bunch of reasons No, it's the same, you're trying to conflate You're trying to conflate two things that are completely distinct You want to make a due process argument out of your attorney's failure to read an electronic notice And subject matter jurisdiction, which the Supreme Court has told us repeatedly Is not to be relied on as a remedy for procedural errors Your Honor, I would argue that this is not a procedural error We're still on, but we're still on due process As to due process, we would argue that because no adversary was affected You were on notice of a lien affecting your interests From your lawyers, it was a notice from That's the point And the court, it's the court's It's the electronic filing system that the court uses You agree to, people agree to When they file actions, they agree to receive those notices by email That's not true, and that's what the district court said With all due respect, what it says is That you agree to get electronic notice with the exception of An adversary complaint or a contested matter under 9014 And so what happened here was, they're saying Well, we didn't file an adversary So we didn't have to do the He had, in fact I was responding to a due process argument I understand, but a due process is basically a notice problem It's not a due process Your only argument is that he lacked notice, but he got actual notice My due process argument So he didn't get in the right form My due process argument is that this court has said repeatedly I mean, the SenPen case I keep talking about is important Because this court, when the bank had actual notice, it was in the plan That if they didn't respond, the bank had actual notice If they didn't respond to the plan, their lien would be discharged And the court said, no, that's not how it works You have to go through filing a formal adversary proceeding to strip their lien You get all that, that's conceded That is a constitutional violation In other words, you don't follow procedure You don't do an adversary action, but you give them a notice of what you're doing Well, what they did for the due process, they said, because we didn't file an adversary We didn't have to file the heightened requirements What case do you have that supports your argument? I mean, basically you're talking about Which argument? The due process? The due process We briefed it extensively  I'm saying that the failure to follow the heightened service requirements Like this court found in Excuse me one second, I'll give you your case There was a case where this Fourth Circuit found That even though the bank's registered agent was served Got actual notice That the bankruptcy court setting aside the default judgment was the right thing to do And was not an abuse of discretion Because that was a Hamlet v. Amsock bank case Because it was a discretionary ruling Right, in this case what they did is they said We haven't filed an adversary proceeding So as a result, it's a contested motion They acknowledge that they didn't comply even with the service requirements of a contested motion Which would require not But that's Espinoza But Espinoza dealt with the party charge And reacted to the document that was filed And the party here had actual notice And we respectfully disagree with that We do agree that the motion for relief from stay But you agreed with me that the notice to the attorney Who's entered his appearance on behalf of a client Is notice to the client I do agree with that I disagree with He got notice in this case The attorney got actual notice That said we are going to Seeking to vacate the lien Your Honor, we agree he got notice of a motion for relief from stay That's correct Did it affect You qualified it then You didn't agree with Judge Niemeyer's characterization I don't because I do not believe What did you not get? I don't agree with the fact that you can misname a motion As something that's done every day A routine matter in bankruptcy court Serve it on a party that's filing a proof of claim for you And then strip the $307,000 lien Without following this court's precedence And not serve it in accordance with the rules He entered a general notice of appearance Which meant he was your attorney For purposes of that property And you're saying basically That he didn't have an obligation to read What was sent to him And communicate it with you I'm out of time, may I answer What I'm saying is different I'm saying that what they did here No, no, I'm talking about your attorney's obligation Did your attorney not have any obligation Which in yours to you That you are on notice of That there is an action that you have to respond to Involving that property We would No, answer, please Okay, the answer to that question would be He didn't have to read it and communicate it with you And you had no obligation to respond Because you disagreed with the form of it No, your honor We agree that Mr. Corcoran should have read What was emailed to him What we're saying is that what was sent to him Was such that he didn't notice what happened Because it was deceptive And we're saying That's exactly what it was And we're saying that actual notice doesn't matter When you're talking about Didn't it say in the motion That they want to cancel the lien It did, on page 3 Okay, regardless It's in the motion explicitly And so he has notice of that, right Your honor, again, it's the same thing As in Sen Penn and in these other cases Where the court found that the bank had actual notice And found that the procedural safeguards hadn't been met Because financial institutions are allowed They find it unconstitutional They found that it should be set aside Rule 60, yeah In the exercise of You said one of them was a discretionary call Discretionary The service was, but not Sen Penn Sen Penn was one, it was a Rule 60 motion, I believe Yeah, but that's not a constitutional issue Well, I think it was under Rule 60b-4 So I think it had to be Subject matter jurisdiction or under due process So, I mean, banks are entitled to get heightened notice If they'd done an adversary, nobody would argue That they didn't have to serve the officer Unless Mr. Corcoran entered an appearance in the adversary Which there was no adversary to enter an appearance in But he doesn't have to read it If it doesn't get heightened notice Well, I'm not saying he didn't have to read it What we're saying is that we didn't get any actual notice Because of the way it was presented And because of the complete breakdown here In the way that this thing was filed Do you agree there was a presumption that he read it? I would agree that if he was served on him He had a duty to read it It was served on him Yes, no, and I'm not disputing that No, he said he had a duty to read it But you didn't say there was a presumption he read it You don't go along with that I don't know the law on that All right Okay, thank you You have some rebuttal All right, Mr. Morris Morning, your honors Clint Morris here on behalf of AMH Roman Your honors are hitting the nail on the head They may have a squabble with an attorney Who didn't read a motion But that does not affect my client's rights Who purchased the property as a bona fide purchaser for value After a foreclosure sale  Well, more importantly The record of the property Yes, exactly, your honor Yeah, it was in the register of deeds My client had no My client reviewing the register of deeds Could have in no way seen that they had That they were going to claim Any kind of clout on that title Exactly And as I pointed out in my 28J letter yesterday I recognize it was filed yesterday The law in North Carolina has been since 1897 In Harrison v. Hargrave That if there is a judgment in the record Then the purchaser At a subsequent sale Doesn't have to look behind the judgment Because otherwise You could never do an execution sale Everyone would always have to discount The possible chance that The judgment would be overturned Which would make it impossible To do a foreclosure sale or an execution sale Thus, your honors Even if there was some Subject matter jurisdiction Or due process issue in this case There is not They can't get the relief they want Because they can't overturn my client's rights And really all the questions in this case are moot I'll briefly The only party in a position to protect itself Was Wells Fargo That's exactly right, your honor If they hired the wrong attorney They hired the wrong attorney That is not a due process issue And it's not a subject matter issue I'll turn real briefly to the two questions Subject matter jurisdictions Obviously governed by statute 28 U.S.C. 157 is the statute It gives bankruptcy courts The authority to make determinations Of the validity, extent, and priority of deeds It's not a subject matter issue In this case The court was acting within its subject matter jurisdiction The fact that they may not have Followed a particular rule Doesn't take it out of a subject matter Doesn't take the court's jurisdiction That's Espinoza That's Espinoza Says exactly that As to procedural due process The only question is Is set forth in Espinoza Is whether it was notice reasonably calculated To appraise the other party That their rights may be affected Certainly, service on your attorney of record Sure is notice reasonably calculated To put you on notice That your rights may be affected If that was not the case As Judge Niemeyer pointed out You can never litigate a case So There was clearly A constitutional notice here And then as to their 60B6 argument As the lower courts both found Setting this aside under 60B6 Is clearly not appropriate Because it would prejudice my client AMH's rights As such, your honors The lower court's order should Clearly be affirmed And if the court doesn't have any questions for me I'm Pretty much done All right, thank you, Mr. Morris Thank you, Benjamin Thank you In your brief, you made Much to do about Wells Fargo Home What's the division? Home Equity Division? Yeah, Wells Fargo I think it was Home Equity Division I don't have the exact name here And you made a big deal about the fact that The attorney entered his appearance On behalf of Wells Fargo And that the debt was actually In the division But I, after reading your brief I went to look back at all the documents And the creditor throughout Was Wells Fargo Bank You know, I don't have those in front of me But the proofs of claim The notice addresses I think that was the Home Equity address Can I No, it said Wells Fargo Bank And the next line said Well, Home Equity, which is a division Of Wells Fargo Bank But Wells Fargo Bank was the creditor On every single document alone Can I touch on the argument With the court's permission About mootness Because that's something I think Is really important And I don't think it's the law in North Carolina That the court could not grant Rule 60B relief To Wells Fargo And Wells Fargo being the first position A bona fide purchase of property Correct Against a bona fide purchase of property That's correct And I think the cases Are very clear on this point The most recent case Is the household realty Versus Lambeth case What point is this That you're going to make What are the North Carolina courts clear on The North Carolina courts are clear on That when a mortgage is canceled By the act of a third party With no involvement Of the bank itself That when it's reinstated And if you found it was a void judgment You'd be finding that That it was an improper action by PNC That we take priority What about the sanctity Of bona fide purchasers for value I actually taught I actually taught property In North Carolina for a while And I was so excited by this case Because nobody in my chambers Knew that North Carolina Was one of the few race-based Race to court This is an exception to the policy Judge and if you read the Cates opinion Which I'm sure you have Probably back when you taught the course And then you look all the way forward Through the household realty case in 2008 They carve out an exception for mortgages Because they want to make sure That mortgages if they Mortgages aren't covered by the recorder of deeds They are but if there's A mistake in the cancellation of a mortgage That mortgage can be reinstated Even as to a BFP That's what the law is in North Carolina It says it clearly in the In the exercise of the court's discretion No No it's a Supreme Court holding in Cates That's the point here It's not moot It's not close to moot The cases that they cited I don't think the argument was that That the case was moot The claim The claim you make At every The thing that disturbs me About this case is At every juncture In this process You were in the best position Wells Fargo was in the best position To protect itself As against a bona fide Purchaser for value Who comes in with no notice In reliance on a recorder of deeds There's no question that So there's no Even if there were Even if If it's an abusive discretion ruling There would be no reason For the District For the Bankruptcy court or the district court To exercise its discretion As against a bona fide Purchaser for value Against a party Who even at the last minute Stood on These rights for two years Before doing anything It's a de novo review Number one Number two The review The order that was entered By the bankruptcy court We haven't gotten to this point yet Because of the other questions In our view Violates Stern And we think it violates it clearly We don't think the bankruptcy court In any jurisdiction To enter this order And we think it's a serious challenge I'm sorry I think that What I was referring to Was the exceptional There were You were arguing that That's in 30B6 I'm 60B6, you're right I'm talking about 60B4 That was what I was referring to In 60B4 It's just is it void And we're saying it's void In Stern The court specifically said The lack of subject matter Jurisdiction And due process But it took out What happened in Stern Was the case that was cited By the district court Is that why you say it's void Yes The lack of Yes In this district court Opinion cited a case Where they Where the bankruptcy court In the middle district Judge Small Had issued a ruling Finding that the matter was core And therefore since it was a core matter He had jurisdiction To enter an order On the final ruling Stern said that's not the right It wasn't That case that went up But Stern had the same issue Presented in that case And the Anna Nicole Smith matter That went up there twice And they said That you can have something That's core And still not be jurisdictional And real quickly Since I only have 10 seconds The test is whether or not It rises in a state law Which this does Canceling a lien And number two Is whether or not It was necessarily Resolvable by the filing Of the proof of claim Which this wasn't Our proof of claim Was not objected to I see I'm out of time We'll come down And Greek Council Then I'll proceed on To the last case
judges: Paul V. Niemeyer, Robert B. King, Allyson K. Duncan